**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01266-JLK

KATHERINE SHERIDAN,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Joint Stipulation for Dismissal with Prejudice (Doc. 33) pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay their own attorneys' fees and costs.

BY THE COURT:

*John L. Kane*

January 15, 2016
DATE

John L. Kane
Senior U.S. District Court Judge